UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| ReliaStar Life Insurance Company, | ) ) ) | Civil No. 0:06-cv-03845-RHK-AJB |
| Petitioner/Respondent to Counter-Petitioners, | ) ) ) ) | |
| v. | ) ) ) | **ORDER** |
| Certain Underwriters at Lloyd's London, d/b/a/ Syndicates 861 and 1209, | ) ) ) | |
| Respondents/Counter-Petitioners. | ) ) | |

Based on the parties' Stipulation to Confirm Arbitration Award (Docket # 48), the Court hereby confirms and enters judgment on the Final Award issued by the arbitration panel on August 2, 2006, which judgment has been satisfied. Each party shall bear its own costs.

   IT IS SO ORDERED.

Dated:   2/1/07                           s/Richard H. Kyle
                                                     Honorable Richard H. Kyle
                                                     United States District Court Judge